**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     22-CR-124 (NEB/TNL)

ABDIAZIZ SHAFII FARAH, ET AL.,

        Defendants.

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       22-CR-223 (MJD/DTS)

AIMEE MARIE BOCK, ET AL.,

        Defendants.

_____

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 22-CR-124 having been assigned to Judge Nancy E. Brasel and

Magistrate Judge Tony L. Leung and Case No. 22-CR-223 having later been assigned to

Judge Michael J. Davis and Magistrate Judge David T. Schultz and said matters being

related cases,

**IT IS HEREBY ORDERED** that Case No. 22-CR-223 be assigned to Judge Nancy E. Brasel and Magistrate Judge Tony L. Leung, *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: September 15, 2022                     s/Nancy E. Brasel
                                                    NANCY E. BRASEL
                                                    United States District Judge

DATED:  September 15, 2022                  s/Michael J. Davis
                                                    MICHAEL J. DAVIS
                                                    United States District Judge