UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 22-223 (NEB/DTS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **MOTION FOR APPOINTMENT** |
| Abdirahman Mohamud Ahmed (14), | ) | **OF CO-COUNSEL** |
| | ) | |
| Defendant. | ) | |

Katherian D. Roe, Federal Defender, moves for appointment of co-counsel in the above-captioned matter, pursuant to 18 U.S.C. § 3006A and the District of Minnesota's Criminal Justice Act Plan. The Court previously determined that Defendant in the above matter is financially unable to employ counsel and appointed Attorney Dane DeKrey, a member of the CJA Conflicts Panel for the District of Minnesota to represent him. Appointed Counsel has indicated that the appointment of additional counsel is necessary and in the interest of justice because this case is sufficiently challenging to warrant an additional attorney. I agree with Counsel's request of the Court.

Appointed Counsel is requesting that based on the foregoing and on the file and record in this case, that attorney Bruce Ringstrom, Jr. be appointed as co-counsel of record in this matter.

Dated: August 25, 2025	Respectfully submitted,

	*s/Katherian D. Roe*

	_____
	KATHERIAN D. ROE
	Federal Defender
	Attorney ID No. 214668
	107 U.S. Courthouse
	300 South Fourth Street
	Minneapolis, MN 55415